IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

STATESBORO DIVISION

| | | |
|---|---|---|
| BRADLEY BAXTER, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CV 623-073 |
| DOT TRANSPORTATION, INC., | ) ) ) | |
| Defendant. | ) | |

**O R D E R**

When Brian Pezza filed his original motion for leave to appear *pro hac vice* in the above captioned case, (doc. no. 11), the Clerk of Court issued a Notice of Filing Deficiency, (doc. no. 12). Mr. Pezza corrected the deficiency in a second motion for leave to appear *pro hac vice*, (doc. no. 13), which the Court granted, (doc. no. 15). As the Clerk of Court accepted a second filing fee on a single request to proceed *pro hac vice*, the Court **DIRECTS** the **CLERK** to refund the overpayment, receipt number 3753319, and **TERMINATE** the original motion, (doc. no. 11).

SO ORDERED this 31st day of January, 2024, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA