**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**STATESBORO DIVISION**

| | | |
|---|---|---|
| BRADLEY BAXTER,<br><br>Plaintiff,<br><br>v.<br><br>DOT TRANSPORTATION, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | <br><br><br><br>Case No. 6:23-cv-00073-JRH-BKE<br><br>**JURY TRIAL DEMANDED** |

**MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER**

COMES NOW Defendant Dot Transportation, Inc. ("Defendant"), by and through its undersigned counsel, and respectfully requests that, pursuant to Federal Rule of Civil Procedure 26(c), the Court enter the attached Proposed Stipulated Protective Order. In support thereof, Defendant states as follows:

1. As set forth more fully in the attached Proposed Stipulated Protective Order, discovery in this action will require the disclosure of information and documents that contain personal and confidential financial information, trade secrets, proprietary or competitively sensitive business information, and other private or confidential information of the parties.

2. The categories and scope of confidential information are set forth in detail in the attached Proposed Stipulated Protective Order.

3. The disclosure of such confidential information would invade the privacy interests and competitive business interests of the parties.

4. Therefore, good cause exists to enter the attached Proposed Stipulated Protective Order.

5. Counsel for Defendant conferred with counsel for Plaintiff in good faith, and counsel for Plaintiff consented to and agreed with the language in the attached Proposed Stipulated Protective Order, shown by his affixed signature.

6. A copy of the Proposed Stipulated Protective Order has also been submitted in Microsoft Word format to the Court's proposed document email address: proposedorders_sta@gas.uscourts.gov.

WHEREFORE, Defendant Dot Transportation, Inc. respectfully requests that this Court grant its Motion and enter the attached Proposed Stipulated Protective Order.

Respectfully submitted,

Dated: March 25, 2024

By: /s/ Taylor J. Essner

Brian P. Pezza, *admitted pro hac vice*
Taylor J. Essner, *admitted pro hac vice*
**LEWIS RICE LLC**
600 Washington Avenue, Suite 2500
St. Louis, Missouri 63101
Telephone: (314) 444-7656
Facsimile: (314) 612-7656
bpezza@lewisrice.com
tessner@lewisrice.com

-and-

Gary R. Kessler
Georgia Bar No. 416562
**GARY R. KESSLER, P.C.**
2573 Apple Valley Road NE
Atlanta, Georgia 30319
Telephone: (404) 909-8100
Facsimile: (404) 909-8120
gkessler@martensonlaw.com

*Attorneys for Defendant*
*Dot Transportation, Inc.*

## CERTIFICATE OF SERVICE

The undersigned attorney for Defendant hereby certifies that on March 25, 2024, the foregoing was filed with the Clerk of Court for the United States District Court for the Southern District of Georgia using the CM/ECF system, which will send electronic notice and service of the same to all counsel of record.

/s/ Taylor J. Essner