**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION**

| | | |
|---|---|---|
| BRADLEY BAXTER, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CV 623-073 |
| | * | |
| DOT TRANSPORTATION, INC., | * | |
| | * | |
| Defendant. | * | |

**O R D E R**

Before the Court is the Parties' joint stipulation of dismissal with prejudice. (Doc. 30.) Both Parties signed the stipulation; thus, the Court finds dismissal proper under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS THEREFORE ORDERED** that this matter is **DISMISSED WITH PREJUDICE**. The Clerk is directed to **TERMINATE** all motions and deadlines and **CLOSE** this case.[1]  Each party shall bear its own costs and fees unless otherwise agreed.

**ORDER ENTERED** at Augusta, Georgia, this 2nd day of October, 2024.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] The docket names Dot Foods, Inc. ("Dot Foods") as a Defendant in this case, but Dot Foods was not included as a Defendant in the Amended Complaint. (Doc. 8.)  Therefore, Dot Foods should also be terminated based on this dismissal.